DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARMAND LEMURA,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D18-1806

[August 8, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE14-020626.

Mark C. Hillis of Florida Federal Law Center, PLLC, Pembroke Pines, for appellant.

C. H. Houston III, Sara F. Holladay-Tobias and Emily Y. Rottmann of McGuireWoods, LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***